IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TENNIE Y. ATKINSON                                                                PLAINTIFF

V.                              NO. 10-5057

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                   DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby reverses the decision of the ALJ and remands this case to the Commissioner for further proceedings consistent with the opinion, pursuant to sentence four of 42 U.S.C. §405(g).  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 14th day of April, 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)